# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0363
LT Case Nos. 2016-CF-001026
2016-CF-001027
2016-CF-001028
2016-CF-001029
2016-CF-001030
2016-CF-001053

———————————————

YAHYA ALVERZO f/k/a JONATHAN
HUFF,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Hernando County.
Daniel Burrell Merritt, Jr., Judge.

Jonathan Huff, Sneads, pro se.

James Uthmeier, Attorney General, Tallahassee, and Douglas T.
Squire, Assistant Attorney General, Daytona Beach, for Appellee.

March 11, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____